TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00479-CV

Shirley Miller, Appellant

v.

Caroline Spohn and Theodore Spohn, Appellees

FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT

NO. 26,271, HONORABLE CHARLES E. LANCE, JUDGE PRESIDING 

 Appellant Shirley Miller has filed a motion to dismiss the appeal. We grant the
motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Dismissed on Appellant's Motion

Filed: October 26, 2000

Do Not Publish